IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLL GENE JOHNSON                                                          PLAINTIFF

v.                                    No. 4:07CV00058 GH

LITTLE POLICE DEPARTMENT                                                      DEFENDANT

### ORDER

Plaintiff's February 16th motion (#5) to dismiss the case without prejudice to being refiled is hereby granted.

IT IS SO ORDERED this 20th day of February, 2007.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE